

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
HARRY VARGAS,                   :
                                :
          Plaintiff,            :
                                :
     - v. -                     :
                                :        STIPULATION AND ORDER
                                :        08 Civ. 4372 (AKH)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  This extension is requested

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
July 3, 2008

*/s/ Harry Vargas*
HARRY VARGAS
Plaintiff Pro Se
858 Southern Blvd.
Apt. #2E
Bronx, New York 10459
Telephone No. (646)542-4789

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2804
Susan Branagan@usdoj.gov

SO ORDERED: 7-15-08

_____
UNITED STATES DISTRICT JUDGE